**BEVELOCK & FISHER LLC**
*Attorneys at Law*

*Charles M. Fisher, Esq.*
*cfisher@bevelocklaw.com*

247 Livingston Avenue
New Brunswick, NJ 08901
*www.bevelocklaw.com*

*Tel: (732) 202-8200*
*Fax: (732) 214-1897*

August 26, 2026

**Via ECF**
The Honorable Robert Kirsch, U.S.D.J.
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re:** ***Hyman v. State Farm Fire and Casualty Company***
**Civil Action No. 3:26-cv-06534-RK-JBD**

Dear Judge Kirsch:

As the Court knows, this firm represents defendants State Farm Fire and Casualty Company ("State Farm"), Timothy Puff, and Bryan Acornley (collectively, "defendants") in this matter.

We are sending this reply letter in accordance with the Court's Rules and Procedures. As previously advised, on August 21, 2026, I met and conferred with plaintiffs' counsel by telephone, during which we discussed, but were unable to resolve, the issues raised in defendants' pre-motion letter. (ECF no. 10). On August 21, 2026, plaintiffs' counsel filed his substantive response to each of the points raised in the pre-motion letter. (ECF no. 12).

At this point, defendants respectfully request either a pre-motion conference or the issuance of a briefing schedule for defendants' motion to dismiss. If the Court issues a briefing schedule, we respectfully request that the due date for defendants' moving brief be scheduled for a date after the Court issues its ruling on State Farm's pending motion to admit counsel *pro hac vice*, which is presently returnable on September 8, 2026.

We thank the Court for its attention to this matter. Please feel free to call if Your Honor as any questions or requires anything further.

Respectfully submitted,

Charles M. Fisher
For the Firm

cc: Counsel of Record (via email)