**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PATRICIA HYMAN and WYATT HYMAN,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a/k/a State Farm Insurance Companies, an Illinois Corporation; TIMOTHY PUFF, individually; BRYAN ACORNLEY, individually; JOHN DOES 1-10 (fictitious names for presently unknown State Farm and OIFP employees involved);<br><br>Defendants. | Civil Action No. 3:26-cv-06534-RK-JBD<br><br>**ORDER FOR *PRO HAC VICE* ADMISSION OF COUNSEL** |

**THIS MATTER** having been opened to the Court by Bevelock & Fisher LLC, attorneys for defendant State Farm Fire and Casualty Company ("State Farm"), for an Order permitting Sondra A. Hemeryck, Esq. to appear and participate *pro hac vice* in the above-captioned matter as counsel for State Farm; and for good cause shown;

**IT IS ON** this 31st day of August, 2026,

**ORDERED** as follows:

1. Sondra A. Hemeryck, Esq., member of the Illinois and Pennsylvania Bars ("Counsel"), be and hereby admitted *pro hac vice* for the purpose of appearing, participating, and representing State Farm in the above-captioned matter.

2. Counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting Counsel's standing at the Bar of any court.

3. Pursuant to L. Civ. R. 101.1(c)(2), Counsel is to make a payment to the New Jersey Lawyers' Fund for client protection as provided by New Jersey Court Rule 1:28-2(a) for each year in which Counsel represents State Farm in this matter in this Court.

4. Counsel shall pay $250.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with L. Civ. R. 101.1(c)(3).

5. All pleadings, briefs, and other papers filed with the Court shall be signed by Bevelock & Fisher LLC, attorneys of record for State Farm, who shall be held responsible for the conduct of the case and the attorney admitted hereby.

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE